# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

161015

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 161015
                                          COA: 351869
                                          Wayne CC: 18-003933-FH

THOMAS McMICHAEL III,
          Defendant-Appellant.

_____/

      By order of September 8, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the January 22, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Among the issues to be considered, the Court of Appeals shall address whether the defendant is entitled to withdraw his plea in light of *People v Warren*, 505 Mich 196 (2020).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



p0120

                                                     Clerk